IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRANDON G. WAXMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-CV-2528 |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brandon G. Waxman hereby dismisses this action with prejudice, with each party to bear its own costs and expenses, including attorneys' fees.

This the 26th day of April, 2017.

_____
Jo Anne Simon
Jo Anne Simon, P.C.
356 Fulton Street, 3rd Floor
Brooklyn, NY 11201
Telephone:  718-852-3528
Facsimile:   718-875-5728
Email:  JoAnne@JoAnneSimon.com

Attorneys for Brandon G. Waxman

23276197.1